## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 20-7907-GW-Ex | Date | January 4, 2023 |
|---|---|---|---|
| Title | *Carolyn Berti v. NBCUniversal Media, LLC, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present                                               None Present

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on January 4, 2023. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 90 days. The Court now sets an order to show re: settlement hearing for April 6, 2023 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on April 5, 2023.

                                                                                                            :
                                                                        Initials of Preparer    JG