JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYNN BERTI,<br><br>       Plaintiff,<br><br>  v.<br><br>NBCUNIVERSAL MEDIA, LLC, et al.,<br><br>       Defendants. | Case No. CV 20-7907-GW-Ex<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses. The Court shall retain jurisdiction for the sole purpose to enforce the payment obligations contained in Section 3 of the Parties' Settlement Agreement.

IT IS SO ORDERED.

Dated: March 14, 2023

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE